# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL JAMES DAVID,
Appellant,
vs.
JAMES E. DZURENDA, DIRECTOR,
NEVADA DEPARTMENT OF
CORRECTIONS; AND HAROLD
WICKHAM, WARDEN, WARM
SPRINGS CORRECTIONAL CENTER,
Respondents.

No. 71603

**FILED**

JUN 1 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant Joel David's August 15, 2016, postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge. David challenges the computation of time he has served. We affirm.[1]

David claims that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentence pursuant to NRS 209.4465(7)(b). David's claim lacks merit. NRS 209.4465(7) begins, "Except as otherwise provided in subsection[ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted of category B felonies from deducting statutory credits from their minimum sentences. David was convicted of a category B felony, *see* NRS 205.060, for an offense

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-19834

committed after NRS 209.4465(8)'s effective date. Accordingly, David is not entitled to the deduction of credits from his minimum sentence, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James Todd Russell, District Judge
Joel James David
Attorney General/Carson City
Carson City Clerk